IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITAS CONTAINERS, LTD. | * | |
| Plaintiff, | * | **APPEARANCE** |
| v. | * | |
| | * | |
| HENRY M. PAULSON, JR., | | |
| And | * | Civil Action No. |
| OFFICE OF FOREIGN ASSETS CONTROL, United States Dept. Of Treasury, | * * | |
| Defendants. | * | |

**To the Clerk of the Court and All Parties of Record:**

Please enter the appearance of J. Stephen Simms, counsel in this case for Unitas Containers, Ltd., Plaintiff.

Date: April 3, 2008

Respectfully submitted,

/s/ J. Stephen Simms
J. Stephen Simms
DC Bar No. 382388
SIMMS SHOWERS, LLP
20 S. Charles Street, Suite 702
Baltimore, MD  21201
PH:   410-783-5795
FX:   410-783-1368

Counsel for Plaintiff