# AFFIDAVIT OF PROCESS SERVER

### United States District Court

### District Of Columbia

**Unitas Containers, LTD.**

    Plaintiff

vs.

**Henry M. Paulson, Jr., et al**

    Defendant

Attorney:

Simms Showers LLP
20 S. Charles St.
Baltimore, MD. 21201

**Case Number:** 1:08-cv-00579

Legal documents received by Same Day Process Service on April 07th, 2008 at 11:20 AM to be served upon **Henry M. Paulson, Jr., Department of the Treasury at 1500 Pennsylvania Ave. NW, Washington, DC. 20220**

I, Brandon A. Snesko, swear and affirm that on **April 07th, 2008 at 1:50 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons In A Civil Case; Notice Of Right To Consent To Trial Before United States Magistrate Judge; Initial ECF Order; Complaint For Declaratory And Injunctive Relief Or, In The Alternative, For Writ Of Mandamus; Civil Cover Sheet; Consent To Proceed Before A United States Magistrate Judge For All Purposes,** to Stephen Lynch as **Authorized Agent** of the within named agency, to wit: **U.S. Department of the Treasury** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 40  Height: 6'  Weight: 200  Skin Color: Black  Hair Color: black  Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000008724

District of Columbia: SS:
Subscribed and Sworn to before me,

this _38_ day of _April_ 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.