# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| Unitas Containers, LTD. | Attorney: |
| Plaintiff | Simms Showers LLP |
| vs. | 20 S. Charles St. |
| | Baltimore, MD. 21201 |
| Henry M. Paulson, Jr., et al | |
| Defendant | |

Case Number: 1:08-cv-00579

Legal documents received by Same Day Process Service on April 07th, 2008 at 11:20 AM to be served upon **Office of Foreign Assets Control, U.S. Department of the Treasury, Treasury Annex at 1500 Pennsylvania Ave. NW, Washington, DC. 20220**

I, Brandon A. Snesko, swear and affirm that on **April 07th, 2008 at 1:50 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons In A Civil Case; Notice Of Right To Consent To Trial Before United States Magistrate Judge; Initial ECF Order; Complaint For Declaratory And Injunctive Relief Or, In The Alternative, For Writ Of Mandamus; Civil Cover Sheet; Consent To Proceed Before A United States Magistrate Judge For All Purposes**, to Stephen Lynch as Authorized Agent of the within named agency, to wit: **U.S. Department of the Treasury** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 6'   Weight: 200   Skin Color: Black   Hair Color: black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000008725

District of Columbia: SS
Subscribed and Sworn to before me,
this ___ day of April 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.