IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITAS CONTAINERS, LTD.**, | ) |
| | ) |
| **Plaintiff**, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:08-cv-00579-JR |
| **HENRY M. PAULSON, JR.**, Secretary of the Treasury, *et al.* | ) |
| | ) |
| **Defendants.** | ) |

## PRAECIPE

THE CLERK OF THIS COURT will please enter the appearance of Joel McElvain as lead counsel for the Defendants, Henry M. Paulson, Jr., Secretary of the Treasury, and the Office of Foreign Assets Control. Please direct all communication regarding this case to Mr. McElvain's address listed below.

Dated: May 2, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

   /s/ Joel McElvain
SANDRA M. SCHRAIBMAN, Assistant Director
JOEL McELVAIN, Attorney, D.C. Bar # 448431
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7130
Washington, D.C. 20001
Telephone:    (202) 514-2988
Fax:             (202) 616-8202
Email:          Joel.McElvain@usdoj.gov

*Attorneys for Defendants*