IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITAS CONTAINERS, LTD.**, | ) |
| | ) |
| **Plaintiff**, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:08-cv-00579-JR |
| **HENRY M. PAULSON, JR.**, Secretary of the Treasury, *et al.* | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT

WHEREAS, the Defendants, Henry M. Paulson, Jr., Secretary of the Treasury, and the Office of Foreign Assets Control, are currently required to answer or to otherwise respond to the complaint in this action no later than June 6, 2008;

WHEREAS, the undersigned counsel for the Defendants is currently required to prepare pleadings during the months of May and June in four other cases in this and other courts, and as a result will be unable to prepare a responsive pleading in this case within the current deadline;

WHEREAS, an extension of forty-two days, to and including July 18, 2008, will be sufficient to enable counsel for the Defendants to prepare a responsive pleading in this case;

WHEREAS, the undersigned counsel for the Defendants has consulted with counsel for the Plaintiff, W. Charles Bailey, Jr., Esquire, and Mr. Bailey stated that he has no objection to an extension of time of forty-two days, to and including July 18, 2008, for the filing of a pleading in response to the complaint;

-2-

The Defendants respectfully request that the Court grant their motion for an extension of time, and that the Court order that the Defendant shall answer or otherwise respond to the complaint no later than July 18, 2008.

Dated: May 21, 2008                     Respectfully submitted,

                                        GREGORY G. KATSAS
                                        Acting Assistant Attorney General

                                        JEFFREY A. TAYLOR
                                        United States Attorney


                                           /s/ Joel McElvain
                                        SANDRA M. SCHRAIBMAN, Assistant Director
                                        JOEL McELVAIN, Attorney, D.C. Bar # 448431
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., NW, Room 7130
                                        Washington, D.C. 20001
                                        Telephone:   (202) 514-2988
                                        Fax:         (202) 616-8202
                                        Email:       Joel.McElvain@usdoj.gov

                                        *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITAS CONTAINERS, LTD.**, | ) |
| | ) |
| **Plaintiff**, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:08-cv-00579-JR |
| **HENRY M. PAULSON, JR.**, Secretary of the Treasury, *et al.* | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## [PROPOSED] ORDER

Upon consideration of the Defendants' unopposed motion for an extension of time in which to file their answer, and good cause having been shown, it is hereby

ORDERED that the motion is granted, and that the Defendants shall answer or otherwise respond to the complaint no later than July 18, 2008.


Dated: _____, 2008        _____
                               JAMES ROBERTSON
                               UNITED STATES DISTRICT JUDGE

Copy To:

Joel McElvain
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7130
Washington, D.C. 20001
Attorney for Defendants

W. Charles Bailey, Jr.
Simms Showers LLP
20 South Charles Street, Suite 702
Baltimore, MD 21201
Attorney for Plaintiff