IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITAS CONTAINERS, LTD. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.:  1:08-cv-00579 |
| HENRY M. PAULSON, JR.,<br>Secretary of the Treasury | * | |
| | * | |
| And | | |
| | * | |
| OFFICE OF FOREIGN ASSETS<br>CONROL, U.S. Dept. of Treasury | * | |
| Defendants. | * | |
| *     *     *     * | *     *     * | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, J. STEPHEN SIMMS, am a member in good standing of the bar of this Court. My bar number is 382388. I am moving the admission of:

> W. CHARLES BAILEY, JR.
> Simms Showers LLP
> 20 S. Charles Street - Suite 702
> Baltimore, MD 21201
> PH:    410-783-5795
> FAX:  410-783-1368
> Email: wcbailey@simmsshowers.com

to appear *pro hac vice* in this case as counsel for Plaintiff.

We certify that:

1. The proposed admittee is not a member of the District of Columbia bar and does not maintain any law office in the District of Columbia.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** | |
|---|---|---|
| Maryland Court of Appeals (12/18/1990) | Maryland | (Oct., 1993) |
| | Fourth Circuit | (May, 1996) |
| | Ninth Circuit | (June, 1994) |
| | D.C. Circuit | (Oct., 1992) |

3. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

MOVANT

_____
J. STEPHEN SIMMS
Simms Showers, LLP
20 S. Charles Street
Suite 702
Baltimore, MD   21201
PH:   410-783-5795
FX:   410-783-1368
EMAIL: jssimms@simmsshowers.com

_____
W. CHARLES BAILEY, JR.
Simms Showers, LLP
20 S. Charles Street
Suite 702
Baltimore, MD   21201
PH:   410-783-5795
FX:   410-783-1368
EMAIL: wcbailey@simmsshowers.com

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### ORDER

\_\_\_\_\_ GRANTED            \_\_\_\_\_ DENIED

_____       _____
Date                              Clerk, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITAS CONTAINERS, LTD. | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| HENRY M. PAULSON, JR.,<br>Secretary, United States Department<br>Of the Treasury, | * | |
| And | * | Civil Action No. 1:08-cv-00579 |
| OFFICE OF FOREIGN ASSETS<br>CONTROL, United States Dept.<br>Of Treasury, | *<br><br>* | |
| Defendants. | * | |

**DECLARATION OF W. CHARLES BAILEY, JR.
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

1. My full name is William Charles Bailey, Jr.

2. I am a partner in the law firm of Simms Showers, LLP., 20 South Charles Street, Suite 702, Baltimore, Maryland, 21201. My office telephone number is 410-783-5795.

3. I am a member of the Bar of the State of Maryland, the United States District Court for the District of Maryland, the United States Court of Appeals for the Fourth, Ninth, and D.C Circuits.

4. I certify that I am a member in good standing of the bar of the state of Maryland, and have not been disciplined by any bar.

5. I do not engage in the practice of law from an office located in this District, I am not a member of the District of Columbia Bar, and do not have an application for membership pending.

6. I have not been admitted *pro hac vice* in this Court within the past two years.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2008

W. Charles Bailey, Jr.