UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITAS CONTAINERS, LTD.,          :
                                  :
          Plaintiff,              :
                                  :
     v.                           :  Civil Action No. 08-0579 (JR)
                                  :
HENRY M. PAULSON, JR., Secretary  :
of the Treasury, et al.,          :
                                  :
          Defendants.             :
```

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of W. Charles Bailey, Jr. [7], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                              JAMES ROBERTSON
                         United States District Judge