IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITAS CONTAINERS, LTD.**, | ) |
| | ) |
| **Plaintiff**, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:08-cv-00579-JR |
| **HENRY M. PAULSON, JR.**, Secretary of the Treasury, *et al.* | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT

WHEREAS, the Defendants, Henry M. Paulson, Jr., Secretary of the Treasury, and the Office of Foreign Assets Control, are currently required to answer or to otherwise respond to the complaint in this action no later than July 18, 2008;

WHEREAS, the parties have recently initiated discussions for the purpose of determining whether settlement is possible in this case;

WHEREAS, the parties estimate that a period of sixty days would be sufficient for the parties to engage in further discussions, and to obtain the approval of the necessary governmental officials for any tentative settlement that might be reached;

WHEREAS, the parties agree that it would facilitate settlement discussions if the Defendants were to defer filing their responsive pleading until after the settlement discussions have concluded;

WHEREAS, the Defendants previously have sought and have received one extension of time in which to file a pleading in response to the complaint;

-2-

WHEREAS, the undersigned counsel for the Defendants has consulted with counsel for the Plaintiff, W. Charles Bailey, Jr., Esquire, and Mr. Bailey stated that he has no objection to an extension of time of sixty days, to and including September 16, 2008, for the filing of a pleading in response to the complaint;

The Defendants respectfully request that the Court grant their motion for an extension of time, and that the Court order that the Defendant shall answer or otherwise respond to the complaint no later than September 16, 2008.

Dated: July 16, 2008                    Respectfully submitted,

                                        GREGORY G. KATSAS
                                        Assistant Attorney General

                                        JEFFREY A. TAYLOR
                                        United States Attorney


                                          /s/ Joel McElvain
                                        SANDRA M. SCHRAIBMAN
                                        Assistant Director, D.C. Bar # 188599
                                        JOEL McELVAIN, Attorney, D.C. Bar # 448431
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., NW, Room 7130
                                        Washington, D.C. 20001
                                        Telephone:   (202) 514-2988
                                        Fax:         (202) 616-8202
                                        Email:       Joel.McElvain@usdoj.gov

                                        *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITAS CONTAINERS, LTD.**,  )<br>)<br>**Plaintiff**,  )<br>)<br>v.  )<br>)<br>**HENRY M. PAULSON, JR.**, Secretary of  )<br>the Treasury, *et al.*  )<br>)<br>**Defendants.**  ) | Case No. 1:08-cv-00579-JR |

## [PROPOSED] ORDER

Upon consideration of the Defendants' unopposed motion for an extension of time in which to file their answer, and good cause having been shown, it is hereby

ORDERED that the motion is granted, and that the Defendants shall answer or otherwise respond to the complaint no later than September 16, 2008.


Dated: _____, 2008            _____
                                                    JAMES ROBERTSON
                                                    UNITED STATES DISTRICT JUDGE

Copy To:

Joel McElvain
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7130
Washington, D.C.  20001
Attorney for Defendants

W. Charles Bailey, Jr.
Simms Showers LLP
20 South Charles Street, Suite 702
Baltimore, MD 21201
Attorney for Plaintiff